**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
JUL 2 3 2024
U.S. DISTRICT COURT- NDWV
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 3:24CR 32 |
| | Violations: |
| KATELYN MICHELLE STEINMETZ, and JALON MICHAEL ALBRIGHT, | 18 U.S.C. § 2<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2) |
| Defendants. | |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(False Statement in Application for Firearm)

On or about December 16, 2023, in Mineral County, in the Northern District of West Virginia, defendant, **KATELYN MICHELLE STEINMETZ**, aided and abetted by defendant **JALON MICHAEL ALBRIGHT**, in connection with the attempted acquisition of a firearm, that is a Glock 22, .40 caliber pistol, serial number WPD821, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, the defendant, **KATELYN MICHELLE STEINMETZ**, was the actual buyer of the firearm when she knew, in fact, that she was not; in violation of Title 18, United States Code, Section 2, and Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

## COUNT TWO

(False Statement in Application for Firearm)

On or about December 16, 2023, in Monongalia County, in the Northern District of West Virginia, defendant, **KATELYN MICHELLE STEINMETZ**, aided and abetted by defendant **JALON MICHAEL ALBRIGHT**, in connection with the acquisition of a firearm, that is a Glock 27 Gen5, .40 caliber pistol, serial number BTSS026, from a licensed dealer of firearms, did knowingly make a false written statement that was intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale of such firearm, that is, the defendant, **KATELYN MICHELLE STEINMETZ**, was the actual buyer of the firearm when she knew, in fact, that she was not; in violation of Title 18, United States Code, Section 2, and Title 18, United States Code, Sections 922(a)(6), and 924(a)(2).

A True Bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Kyle R. Kane
Assistant United States Attorney